IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COLBY BALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-00089-CMS |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Chris M. Stephens' Report and Recommendation [Doc. No. 5] recommending that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs and his Amended Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. Nos. 2, 4] be denied.

Judge Stephens advised Plaintiff of his right to file an objection to the Report and Recommendation with the Clerk of Court by February 24, 2025, and that failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues contained in the Report and Recommendation. [Doc. No. 5 at 5]. *See also* 28 U.S.C. § 636.

The record reflects that Plaintiff did not file an objection to the Report and Recommendation by the deadline or request an extension of time to do so.

The Court therefore **ACCEPTS** and **ADOPTS** the Report and Recommendation [Doc. No. 5] in its entirety for the reasons stated therein. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs and his Amended Application

to Proceed in District Court Without Prepaying Fees or Costs [Doc. Nos. 2, 4] are **DENIED.** Plaintiff Colby Ball is **ORDERED** to pay the full filing fee to the Clerk of Court within 21 days of this Order or by March 24, 2025, or this action will be dismissed without prejudice.

    IT IS SO ORDERED this 3rd day of March 2025.

                                        JODI W. DISHMAN
                                        UNITED STATES DISTRICT JUDGE