IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COLBY BALL,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of<br>Social Security Administration,<br><br>    Defendant. | Case No. CIV-25-89-D |

# ORDER

Plaintiff Colby Ball brought this action for judicial review of the Commissioner of the Social Security Administration's denial of his applications for disability insurance benefits and supplemental security income. [Doc. Nos. 1, 16]. Specifically, Plaintiff challenges the Commissioner's final decision that he is not "disabled" under the Social Security Act. *See* 42 U.S.C. § 405(g). The matter was referred to United States Magistrate Judge Chris M. Stephens for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B) and (b)(3), and Fed. R. Civ. P. 72(b). [Doc. No. 11].

On January 29, 2026, Judge Stephens issued a Report and Recommendation ("R and R"), in which he recommends the Court reverse the Commissioner's decision denying Plaintiff's application for disability insurance benefits and supplemental security income pursuant to 42 U.S.C. § 405(g), and remand the matter for further administrative proceedings. [Doc. No. 23]. Specifically, Judge Stephens finds that the administrative law judge did not adequately consider the state agency's physicians' opinions. *Id.*

1

The parties were expressly informed of their rights to object to the R and R, the procedure for doing so, and the consequences of failing to object. [Doc. No. 23, at p. 10]. Neither party has filed a timely objection or requested additional time to object.

**IT IS THEREFORE ORDERED** that the R and R [Doc. No. 23] is **ADOPTED** in its entirety. The Commissioner's decision is **REVERSED** and the case is **REMANDED** for further proceedings consistent with the R and R [Doc. No. 23]. A separate judgment and order of remand shall be entered.

**IT IS SO ORDERED** this 20th day of February, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge